■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID WRIGHT, Appellant. [886 NYS2d 63]—Appeal from a judgment of·the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered March 19, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree (two counts) and criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Fahey, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FABIAN CRUZ-HERNANDEZ, Appellant. [886 NYS2d 63]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered April 22, 2008. The judgment convicted defendant, upon his plea of guilty, of rape in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Fahey, Pine and Gorski, JJ.